AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

THOMAS J. GRIFFIN, III
    Plaintiff
V.

MITT, ROMNEY, Governor of
the Commonwealth of Mass-
achusetts

and

ANGELO R. BUONOPANE, Comm'r
of the Department of Industrial
Accidents

and others

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 11768 PBS**

TO: (Name and address of Defendant)

    MITT ROMNEY, Governor
    State House
    Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ENOCH O'D WOODHOUSE II
    Law Offices
    59 Temple Place    (Suite 310)
    Boston, MA    02111

an answer to the complaint which is served on you with this summons, within ____45____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    8-13-04

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | August 16, 2004 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to   MR. RYAN DALTON, PUBLIC AFFAIRS ADMR. &
Duly Authorized Agent for the within-named       MITT ROMNEY, GOVERNOR
Said service was made at:
STATE HOUSE, BOSTON _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE  $  24.00       Trips | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 16, 2004
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #         (617) 720-5737