UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
**THOMAS J. GRIFFIN, III,**        )
                                   )
    **Plaintiff,**             )
                                   )   C.A. NO. 04-11768-PBS
**v.**                             )
                                   )
**MITT ROMNEY, et al.,**           )
                                   )
    **Defendants.**            )
_____)

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants move to dismiss the above-captioned action for failure to state a claim. Plaintiff Thomas J. Griffin filed this action after he was terminated from his employment at the Massachusetts Department of Industrial Accidents. He has named Governor Mitt Romney and two other state officials as defendants, seeking monetary damages and reinstatement for violations of the Age Discrimination in Employment Act, federal due process, and state law.

As fully set forth in the accompanying Moemorandum, Griffin's federal causes of action are not viable. Accordingly, this Court should decline to exercise pendant

-2-

jurisdiction over the remaining state law claims and dismiss this entire action.

        **DEFENDANTS MITT ROMNEY, ANGELO R. BUONOPANE, and JANE C. EDMONDS,**

        **By their Attorneys,**

        **THOMAS F. REILLY**
        **Attorney General**

        **/S/ Charles M. Wyzanski**

        **Charles M. Wyzanski**
        **Assistant Attorney General**
        **B.B.O. No. 536040**
        **One Ashburton Place**
        **Boston, MA. 02108**
        **Tel.No. (617) 727-2200**