UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
THOMAS J. GRIFFIN, III,         )
                               )
      Plaintiff,                )
                               )   C.A. NO. 04-11768-PBS
v.                             )
                               )
MITT ROMNEY, et al.,            )
                               )
      Defendants.               )
_____)
```

## DEFENDANTS' 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned Charles M. Wyzanski hereby certifies that as counsel to defendants he has conferred with, and attempted in good faith to resolve or narrow the issues in the above-referenced case. Specifically, the undersigned called counsel Enoch Woodhouse, II, on at least three occasions at his listed number (617-338-9433). No one answered the telephone and no answering machine allowed for a message to be left. Fourteen (14) days after service was made by first class mail, Woodhouse telephoned and left a message asking for an extension of time to respond to defendants' motion to dismiss. The undersigned has again been unable to reach Woodhouse but will not object to such an extension.

-2-

**DEFENDANTS MITT ROMNEY, ANGELO R. BUONOPANE, and JANE C. EDMONDS,**

By their Attorneys,

**THOMAS F. REILLY**
**Attorney General**


<u>/S/ Charles M. Wyzanski</u>
**Charles M. Wyzanski**
**Assistant Attorney General**
**B.B.O. No. 536040**
**One Ashburton Place**
**Boston, MA. 02108**
**Tel.No. (617) 727-2200**