FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS 22 P 1:55

CIVIL NO. 

DISTRICT OF MASS.

*04-11768-PBS*

|  |  |
|---|---|
| THOMAS J. GRIFFIN III,<br>        **Plaintiff** | ) |
| **vs.** | ) |
| MITT ROMNEY, Governor of the<br>Commonwealth of Massachusetts,<br>        **Defendant**<br>and | ) |
| ANGELO R. BUONOPANE,<br>Commissioner of the Department of<br>Industrial Accidents<br>        **Defendant**<br>and | ) |
| JANE C. EDMONDS,<br>Director of Department of Labor<br>and Workforce Development<br>        **Defendant**<br>and | ) |
| DEPARTMENT OF INDUSTRIAL<br>ACCIDENTS, a Division/Agency of<br>the Commonwealth of Massachusetts,<br>        **Defendant** | ) |

## MOTION OF PLAINTIFF TO EXTEND TIME TO FILE OPPOSITION

Now comes the Plaintiff THOMAS J. GRIFFIN, III, and through his Attorney Enoch O'D. Woodhouse II and moves that the time for filing his Opposition to Defendants' MOTION TO DISMISS be exgended up to and include December 13, 2004.

THOMAS J. GRIFFIN, III
By his Attorney
ENOCH O'D WOODHOUSE II

ENOCH O'D WOODHOUSE II, ESQ.
Law Offices
59 Temple Place (Suite 310)
Boston, MA  02111
(617)338-9433
BBO #533880

ASSENT TO:

CHARLES M. WYZANSKI, ESQ.
Assistant Attorney General
One Ashburton Place
Boston, MA  02108
(617)727-2200
BBO #536040

Dated:  October 22, 2004

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on  October 22, 2004

ENOCH O'D WOODHOUSE II