FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -1  P 12: 56

CIVIL NO. 04-11768-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

**THOMAS J. GRIFFIN III,**  )
   Plaintiff  )
  )
vs.  )
  )
**MITT ROMNEY, et als.,**  )
   Defendants  )
  )

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, by ENOCH O'D WOODHOUSE II, his attorney herewith files his opposition to the Motion of Defendants to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the following grounds:

(1) The Defendants' Motion to Dismiss solely addresses possible defenses pertaining to one count (First Cause of Action) -- Age Discrimination – Civil Rights Act, Title VII of 1964, and Age Discrimination in Employment Act (ADEA) of 1967. Such motion ignores factual bases of other remaining six (6) Counts?].

(2) The Plaintiff assets that facts warrant consideration of this Court of equitable estoppel, thereby negating assertions in Defendants' motion with no affidavits being filed.

(3) There exists genuine issues of material facts as to all Counts, including Count I (Age Discrimination).

(4) Denial of discovery to warrant continuance to file opposition is prejudicial to Plaintiff's establishment of his burden of proof.

(5) Plaintiff seeks discovery, though he is unable to particularized the precise contents, yet this means would alert the Court as to some idea of that sought after discovery would reasonably create a factual dispute.