UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas J. Griffin, III
        Plaintiff,         CIVIL ACTION
                              NO. 04-11768-PBS
    v.

Mitt Romney, et al
        Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                     February 11, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **March 16, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk

Copies to: All Counsel