UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas Griffin, III

        Plaintiff,                        CIVIL ACTION
                                                  NO.   04-11768-PBS

    v.

Mitt Romney, et al

        Defendants.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                             March 2, 2005

       The Motion Hearing re: Motion to Dismiss previously scheduled for March 16, 2005, has been **rescheduled** to **March 31, 2005, at 3:00 p.m.**

                                                            By the Court,

                                                            /s/ Robert C. Alba
                                                           Deputy Clerk

Copies to:  All Counsel

resched.ntc