# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 13 P 1: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

**CIVIL NO. 04-11768-PBS**

| | |
|---|---|
| THOMAS J. GRIFFIN III,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| MITT ROMNEY, Governor of the<br>Commonwealth of Massachusetts,<br>    Defendant | )<br>)<br>)<br>) |
| and | )<br>) |
| ANGELO R. BUONOPANE,<br>Commissioner of the Department of<br>Industrial Accidents,<br>    Defendant | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| JANE C. EDMONDS,<br>Director of Department of Labor<br>and Workforce Development,<br>    Defendant | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| DEPARTMENT OF INDUSTRIAL<br>ACCIDENTS, a Division/Agency of<br>the Commonwealth of Massachusetts,<br>    Defendant | )<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

    Now come ENOCH O'D. WOODHOUSE II, Attorney for the plaintiff Thomas J. Griffin III in the above-captioned action and moves that he be permitted to withdraw his application pursuant to LR, D. Mass. 7.1 for the reason that philosophical differences exist, causing irretrievable and irreconcilable breakdown of attorney-client relationship; affidavit attached.

Respectfully submitted,
Enoch O'D. Woodhouse II


_____

Enoch O'D. Woodhouse II
Attorney at Law
59 Temple Place (Suite 310)
Boston, MA 02111
Tel: (617) 338-9433
BBO #533880

2

## AFFIDAVIT

NOW COMES ENOCH O'D. WOODHOUSE II, Esquire, with law offices at 59 Temple Place, Boston, Massachusetts, do swear under pains and penalties of perjury the following:

1. That at all times he is duly licensed to practice law in the Commonwealth and is a member in good standing in this court and all courts, boards and agencies to which he has been accredited.

2. That he is familiar with all proceedings and pleadings prepared and filed by him, all in regular consultation with his client, Thomas J. Griffin III.

3. That the next day following order of this court attorney notified client and discussed at length next steps of

      a) requesting reconsideration
      b) appeal process
      c) refile in state court.

4. Client advised attorney orally not to do anything further.

5. Client failed to terminate attorney in writing or orally pursuant to agreement of employ of attorney.

6. Attorney is informed and believes that Karl Gross, Esq. of 1671 Worcester Road, Framingham, MA 01701 is successor counsel.

7. That within one week of court order _____ Attorney telephoned Gross that he would, in spite of not receiving written termination from the client, file his withdrawal.

8. Gross stated that withdrawal was unnecessary, that he was the attorney in the case, and he forbade further action on attorney's part. Also, that he "was taking over."

9. To date, attorney has not received any written communication from neither client nor Gross relative to this action.

10. To date, notification or acknowledgement of successor counsel has not been effectuated.

Suffolk, SS

      I swear that all of the above statements are true to the best of my knowledge and belief.

Dated: *October 12, 2005*

*[signature]*
ENOCH O'D. WOODHOUSE II

## CERTIFICATE OF SERVICE

I, Enoch O'D. Woodhouse, II, Esquire, Attorney for the Plaintiff, make oath and say that on the __13th__ day of October, 2005, I caused to be mailed a copy of the within **Motion to Withdraw Appearance** upon:

Thomas J. Griffin, III, Esq.          (Certified Mail - Return Receipt)
37 Cushing Hill Road
Norwell, MA 02061

Karl J. Gross, Esq.                   (Certified Mail - Return Receipt)
O'Reilly, Grosso & Gross
1671 Worcester Road
Framingham, MA 01701

Charles M. Wyzanski, A.A.G.           (First Class - Postage)
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

_____
Enoch O'D. Woodhouse, II, Esq.