A F F I D A V I T
---

COMMONWEALTH OF MASSACHUSETTS  )
                               )
                               ) ss.
                               )
COUNTY OF NORFOLK              )


On the 18th day of September 2003, before me Holly E. Nahabedian a Notary Public in and for the County and State captioned above, duly commissioned and sworn, and by law authorized to administer oaths and affirmations personally appeared PRISCILLA CONANT of the Town of Braintree, in such County and State, and being duly sworn, upon oath deposes and says:

_____
PRISCILLA CONANT

Subscribed and sworn to before me by PRISCILLA CONANT this 18th day of September 2003.

_____
NOTARY PUBLIC

Notary Public in and for the County of middlesex, Commonwealth of Massachusetts, and by law authorized to administer oaths and affirmations. My Commission expires on the 13th day of May 2005.

1. That the Affiant is of full age and resides at 132 Tyson Common Lane, Braintree, Massachusetts.

2. That PRISCILLA CONANT served as an employee of the Department of Industrial Accidents for eleven (11) years, commencing February 2, 1992 as Director of Claims, advancing progressively up to the position of Deputy Commissioner, second in command to the Commissioner.

3. She served as Deputy Commissioner to THOMAS J. GRIFFIN III. As his deputy she interfaced with him daily, assuming all assignments, duties and other responsibilities inherent in her position. This relationship was on a continual and daily basis.

4. At all times I found him reliable, capable and effective in dealing with the myriad situations confronting the conduct of the affairs of the Department of Industrial Accident. His was the balancing act of adjusting the needs of the Board to serve the public and at the same time to fine tune the competing duties of the Judges and staff, all within the policies and guidelines set by the Administration. In short, in my opinion, MR. GRIFFIN was outstanding in all respects. It was a genuine pleasure to work with and for him.

5. My first hand knowledge of the workings of the Board and my personal daily contact with MR. GRIFFIN compels me, unsolicited to furnish this Affidavit.

6. In addition, I have intimate knowledge of facts surrounding, not only his demotion from Commissioner to ~~Deputy Commissioner~~ *Director of Administration* [handwritten: 9/18/03 PSC], but his ultimate termination from employment with the Commonwealth.

7. I am the same PRISCILLA CONANT, named plaintiff in a suit for my wrongful termination of employment with the Commonwealth, now pending in the Superior Court.

8. On February 14, 2003, in early afternoon, I received a telephone call to report to the office of Mr. Robert Pozen with Paul Griffin at 3:30 P.M. We appeared as requested. We had no clue why we were summonsed.

-3-

9.  We were ushered into the office and saw Jane Edmonds, Director of Department of Labor and Workforce Development.

10. Paul Griffin broke the ice asking, "Why are we here ?" Mr. Pozen responded, "Let us set the record straight, we're asking you to stay put at the D.I.A. We've heard excellent things about you. We were then asked, "Will you stay?" We both replied, "Yes". Mr. Pozen then said, "That's the good news."

11. Then he said, "Now for the bad news." TOM GRIFFIN will be terminated.

12. I lost it, saying, "You can't do that, you can't terminate him, we're a team." My composure flew out the window and with voice quivering, JANE EDMONDS, seeing my distraught state, reached across the table, holding my hands, said words to the effect, that not to worry, things will be worked out.

13. After trying to get myself together and the tension in the room had settled, MR. POZEN said, "It's time for him to go... he's too old. He'll be 65 in June (2003)."

14. The question was then asked, who was going to tell TOM GRIFFIN. MR. POZEN replied: "ANGELO BUONOPANE".

15. JANE EDMONDS walked me out of the office in a genuine effort of consolation and sympathy. Her words were those of regret, that we had all heard what MR. POZEN had said. MRS. EDMONDS offered me her private number and her availability should the need arise.

-4-

16. When leaving that meeting we were told not to say anything concerning the termination of TOM GRIFFIN to either MR. GRIFFIN or anyone else at the Department. PAUL GRIFFIN walked me back to the Department, wer were both physically and mentally drained.

17. We we returned to the Department, neither of us, following orders, did not divulge the contents of that meeting in MR. POZEN'S office to anyone.

I, PRISCILLA CONANT swear under the pains and penalties of perjury this 18th day of September 2003, that all of the above statements furnished in this Affidavit are true to the best of my knowledge and belief.

_____
PRISCILLA CONANT